1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   SERAPIO RODRIGUEZ-TORRES
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  NO. 2:08-cr-00407-KJM
                                    )
12            Plaintiff,            )  **STIPULATION AND ORDER**
                                    )  **CONTINUING STATUS CONFERENCE**
13     v.                           )  **AND EXCLUDING TIME**
                                    )
14 SERAPIO RODRIGUEZ-TORRES,        )  Date:  June 9, 2011
                                    )  Time: 10:00 a.m.
15            Defendant.            )  Judge: Hon. Kimberly J. Mueller
   _____ )
16

17        IT IS HEREBY STIPULATED by and between the parties hereto through their

18 respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for

19 Plaintiff, and COURTNEY FEIN, attorney for SERAPIO RODRIGUEZ-TORRES, that the

20 status conference hearing date of June 9, 2011 be vacated, and the matter be set for status

21 conference on June 23, 2011 at 10:00 a.m.

22        This continuance is requested to allow defense counsel additional time to prepare, to

23 meet and review discovery with Mr. Rodriguez-Torres, and to conduct an ongoing and

24 complete factual investigation of the case.

25        Based upon the foregoing, the parties agree that the time under the Speedy Trial Act

26 should be excluded from the date of signing of this order through and including June 23, 2011

27 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

28 T4 based upon continuity of counsel and defense preparation.

1  DATED:  June 6,  2011                          Respectfully submitted,

2                                                  DANIEL J. BRODERICK
                                                   Federal Public Defender
3

4                                                  /s/ Courtney Fein
                                                   COURTNEY FEIN
5                                                  Assistant Federal Defender
                                                   Attorney for Defendant
6                                                  SERAPIO RODGIGUEZ-TORRES

7

8  DATED:  June 6,  2011                          BENJAMIN B. WAGNER
                                                   United States Attorney
9

10                                                 /s/ Michele Beckwith
                                                   MICHELE BECKWITH
11                                                 Assistant U.S. Attorney
                                                   Attorney for Plaintiff
12

13                                  ORDER

14        UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the

15  June 9, 2011 status conference hearing be continued to June 23, 2011, at 10:00 a.m.  Based

16  on the representation of defense counsel and good cause appearing therefrom, the Court

17  hereby finds that the failure to grant a continuance in this case would deny defense counsel

18  reasonable time necessary for effective preparation, taking into account the exercise of due

19  diligence.  The Court finds that the ends of justice to be served by granting a continuance

20  outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that

21  time up to and including the June 23, 2011 status conference shall be excluded from

22  computation of time within which the trial of this matter must be commenced under the

23  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to

24  allow defense counsel reasonable time to prepare.

25  Dated:  June 7, 2011.

26                                                 _____
                                                   UNITED STATES DISTRICT JUDGE
27

28

                                        2