DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
SERAPIO RODRIGUEZ-TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>        Plaintiff,   )<br>   )<br>v.   )<br>   )<br>SERAPIO RODRIGUEZ-TORRES,   )<br>   )<br>        Defendant.   )<br>_____ ) | NO. 2:08-cr-00407-KJM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date: June 23, 2011<br>Time: 10:00 a.m.<br>Judge: Hon. Kimberly J. Mueller |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for SERAPIO RODRIGUEZ-TORRES, that the status conference hearing date of June 23, 2011 be vacated, and the matter be set for status conference on June 30, 2011 at 10:00 a.m.

This continuance is requested to allow defense counsel additional time to translate the Presentence Report into the Spanish language and to discuss it with Mr. Rodriguez-Torres.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including June 30, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code

T4 based upon continuity of counsel and defense preparation.

DATED: June 20, 2011                    Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Public Defender

                                        /s/ Courtney Fein
                                        COURTNEY FEIN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        SERAPIO RODGIGUEZ-TORRES

DATED: June 20, 2011                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Michele Beckwith
                                        MICHELE BECKWITH
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the June 23, 2011 status conference hearing is continued to June 30, 2011, at 10:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the June 30, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: June 21, 2011.

_____
UNITED STATES DISTRICT JUDGE