UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SERAPIO RODRIGUEZ-TORRES,<br><br>　　　　Defendant.<br>_____/ | NO. CR. S-08-00407 KJM<br><br><br>ORDER |

　　　　On June 30, 2011, the court entered a judgment of conviction on a single count of violation of 8 U.S.C. § 1326(a).  On October 26, 2012, the defendant filed a request to waive the $100.00 felony assessment (ECF 21).  On November 12, 2012, plaintiff United States filed a response (ECF 23).

　　　　As plaintiff points out, and as the language of the statute providing for the assessment itself makes clear, the $100.00 felony assessment is mandatory.  18 U.S.C. § 3013(a)(2)(A).  The only basis for relief from the assessment at this time would be a petition by plaintiff demonstrating that efforts to collect the assessment "are not likely to be effective." 18 U.S.C. § 3573(1).  No such petition is pending before the court.  Although the assessment statute provides that "[t]he obligation to pay an assessment ceases five years after the date of the judgment," 18 U.S.C. § 3013(c), five years has not run from the entry of judgment in this case.
/////

Accordingly, it is hereby ORDERED that defendant's request for waiver of the $100.00 assessment is DENIED.

DATED: December 21, 2012.

_____
UNITED STATES DISTRICT JUDGE